In the Matter of the Estate of EDWARD CONNORS, Deceased.

DANIEL B. DWYER, as Administrator of the Estate of EDWARD CONNORS, Deceased, Appellant; JOSEPHINE B. MILLER, Respondent.

(Argued April 17, 1936; decided May 1, 1936.)

*Thomas V. Kenney* for appellant.
*Joseph P. Keenan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.